## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

MICHAEL RANKINS,

    Petitioner,

v.                                     CIVIL ACTION NO. 5:21-cv-00132

D. L. YOUNG,
Warden, FCI Beckley,

    Respondent.

### ORDER

Pending is Petitioner's Petition for Writ of Habeas Corpus [Doc. 2], filed February 25, 2021. This action was previously referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Eifert filed her PF&R on June 2, 2022, and recommended the Court grant the Respondent's requests for dismissal, deny the Petition, and remove the matter from the docket. [Doc. 32].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's

findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on June 21, 2022. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 32]**, **GRANTS** Respondent's requests for dismissal **[Docs. 7, 16]**, **DISMISSES** the Petition for Writ of Habeas Corpus **[Doc. 2]**, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: July 5, 2022

Frank W. Volk
United States District Judge